Opinion issued December 12, 2002












In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-02-01112-CR

 01-02-01113-CR

____________


JOHN CARL BOLTES

aka JUAN CARLOS BOLTES

aka JOHN CARL PETERSON, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 338th District Court

Harris County, Texas

Trial Court Cause Nos. 615087 and 646659






MEMORANDUM OPINION

 We are without jurisdiction to entertain these appeals. Appellant was
sentenced in cause numbers 615087 and 646659 on October 22, 1992. The deadline
for filing notice of appeal was 30 days after sentencing. See Tex. R. App. P.
26.2(a)(1). Notice of appeal was filed in both cases on September 19, 2002, almost
10 years after the deadline.

 We therefore dismiss the appeals for lack of jurisdiction. Slaton v. State,
981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996).

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.